# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINSLEY FAGAN, | CASE NO. 1:08-cv-01674 DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| FRESNO COUNTY JAIL, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Tinsley Fagan ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 3, 2008. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants John Doe 1 (Warden) and John Doe 2 (Captain).[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:

    JOHN DOE 1 (WARDEN)

    JOHN DOE 2 (CAPTAIN)

2.  The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2)

---

[1] In a Order issued concurrently, the Court dismissed Plaintiff's conditions of confinement claim regarding the risk of contracting hepatitis for failure to state a claim. The Court also dismissed defendants Fresno County Jail, Herr, Gibbs and Ashiaer from the action based on Plaintiff's failure to state any claims against them.

1

summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed November 3, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed complaint filed November 3, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **May 20, 2009**             /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE