# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINSLEY FAGAN, | CASE NO. 1:08-cv-01674-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| FRESNO COUNTY JAIL, et al., | (Doc. 24) |
| Defendants. | RESPONSE DUE WITHIN 30 DAYS |

**Order**

Plaintiff Tinsley Fagan ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 12, 2010, Plaintiff's motion to file an amended complaint was granted. (Doc. 24.) Plaintiff was ordered to file an amended complaint within thirty days from the date of service of the order. More than thirty days have elapsed, and Plaintiff has not filed an amended complaint or otherwise responded. Accordingly, Plaintiff is ordered to show cause why this action should not be dismissed for failure to obey a court order, within **thirty (30) days** from the date of service of this order. If Plaintiff fails to show cause, the Court will dismiss this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   May 17, 2010             /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

1